

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Timothy Lynn Rhodes,

Vs. No. 11-24-00018-CR

The State of Texas,

* From the 350th District Court
   of Taylor County,
   Trial Court No. 15913-D.

* April 17, 2025

* Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment for Count One and the district clerk's bill of costs to delete the $100 fine that was assessed against Appellant. As modified, we affirm the judgment of the trial court for Count One. In all other respects, the judgments of the trial court are affirmed.